COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS




IN RE: KEVIN L. McCARROLL,


 Relator.
§


 


§


 


§


 


§


 


§


 


 § 





No. 08-09-00176-CV

AN ORIGINAL PROCEEDING


IN MANDAMUS

MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

 

 Relator has filed a pro se petition for writ of mandamus requesting that this Court order Ms.
Alma Fraga, in her official capacity as "Civil Clerk of Precinct 1, El Paso County," to provide him
with copies of filings and notice of the disposition of his cause.

 This Court does not have the authority to issue a writ of mandamus against a private party.
See Tex.Gov't Code Ann. § 22.221(a)(Vernon 2004). Therefore, mandamus relief is denied.


 GUADALUPE RIVERA, Justice


August 12, 2009


Before Chew, C.J., McClure, and Rivera, JJ.